United States District Court
Southern District of Texas
**ENTERED**
September 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WARREN RIVERS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-01781 |
| | § | |
| COSTAMARE INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on August 6, 2020 (Doc. #51). The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Plaintiff must file an amended complaint addressing the deficiencies highlighted in Judge Stacy's Memorandum and Recommendation within thirty (30) days of the entry of this Order. Plaintiff's failure to file an amended complaint by the deadline will result in the automatic dismissal of this action and Defendants Costamare, Inc., Costamare Shipping Co. S.A., Montes Shipping Co., and Maersk Line A/S without further instruction from this Court.

It is so ORDERED.

September 8, 2020
Date

The Honorable Alfred H. Bennett
United States District Judge